PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America





FILED
DEC - 7 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 2:17-SW-534-AC |
|---|---|
| Items listed in Attachment A-1, currently located at FBI Sacramento, 2001 Freedom Way, Roseville, CA 95678; and Items listed in Attachment A-2, currently located at Stockton Police Department, 22 E. Weber Ave., Stockton, CA 95202 | [PROPOSED] ORDER TO UNSEAL REDACTED SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the court clerk unseal this matter as well as the currently-filed search warrant and sealing order, that the currently-filed application for a search warrant remain under seal, and that the clerk file on the public docket the redacted application for a search warrant attached to the government's motion.

DATED: 12/7/2017

Hon. Carolyn K. Delaney
United States Magistrate Judge